IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JASON ALLEN CALHOUN,

     Appellant,

v.

                                     Case No.  5D22-633
                                     LT Case No. 2008-CF-001846-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Lake County,
Heidi Davis, Judge.

Jason Allen Calhoun, Wewahitchka,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.